1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   (559) 431-9710
4

5  Attorney for Defendant, DANIEL BOOBAR

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                           EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   CASE NO. 05-0112 OWW
11                                       )
            Plaintiff,                   )
12                                       )   STIPULATION AND ORDER
   vs.                                   )   TO CONTINUE SENTENCING
13                                       )
   CERVANDO ALVAREZ et al.               )
14                                       )
            Defendants.                  )
15 _____)

16
        IT IS HEREBY STIPULATED by and between all parties that the sentencing
17
   hearing currently set for January 13, 2006, be continued to February 6, 2006, at 9:00 a.m.
18

19 DATED: January 9, 2006              /s/ Eric K. Fogderude
                                       ERIC K. FOGDERUDE Attorney for Defendant,
20                                     MANUEL ALVAREZ

21 DATED: January 9, 2006              /s/ Mark Coleman
                                       MARK COLEMAN, Attorney for Defendant,
22                                     CERVANDO ALVAREZ

23 DATED: January 9, 2006              /s/ Eric Kersten
                                       ERIC KERSTEN, Attorney for
24                                     SIRILIO CAMACHO ALVAREZ

25 DATED: January 9, 2006              /s/ Robert Forkner
                                       ROBERT FORKNER, Attorney for Defendant,
26                                     RAUL VILLALOBOS

27 DATED: January 9, 2006              /s/ Kathleen Servatious
                                       KATHLEEN SERVATIOUS, US Attorney
28

---

**U.S. vs. Alvarez, et al.**                    **Stipulation and Order to Continue Sentencing**
**Case No. CR-F- 05-0112 OWW**

U.S. vs. Alvarez, et al.

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to February 6, 2006, at 9:00 a.m. before the Honorable Oliver W. Wanger.

DATED: January _10, 2006

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Court Judge

U.S. vs. Alvarez, et al.
Case No. CR-F- 05-0112 OWW

2

Stipulation and Order to Continue Sentencing