HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIRILO CAMACHO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-00112 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATED BRIEFING SCHEDULE;** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | RETROACTIVE DRUGS-MINUS-TWO |
| SIRILO CAMACHO ALVAREZ, | ) | REDUCTION CASE |
| | ) | |
| Defendant. | ) | Judge:  Hon.  ANTHONY W. ISHII |
| | ) | |

Pursuant to this Court's order of December 4, 2014, the parties, Defendant SIRILO CAMACHO ALVAREZ, by and through his attorney David M. Porter, and Plaintiff, UNITED STATES OF AMERICA, by and through its attorney, Assistant U.S. Attorney, Kathleen A. Servatius, hereby stipulate to the following briefing schedule:  Supplement to pro se motion due on or before February 13, 2015; government's response to supplement due on or before February 20, 2015, defendant's reply due on or before February 27, 2015.

Dated:  February 3, 2015                                   Dated:   February 3, 2015
BENJAMIN B. WAGNER                                 HEATHER E. WILLIAMS
United States Attorney                                        Federal Defender


 /s/ *Kathleen A. Servatius*                                    /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                              DAVID M. PORTER
Assistant U.S. Attorney                                         Assistant Federal Defender

Attorney for Plaintiff                                             Attorney for Defendant
UNITED STATES OF AMERICA                       SIRILO CAMACHO ALVAREZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the supplement to pro se motion shall be filed on or before February 13, 2015; the government's response to supplement shall be filed on or before February 20, 2015; and, the defendant's reply shall be filed on or before February 27, 2015.

IT IS SO ORDERED.

Dated:  February 3, 2015                              _____
                                                                          SENIOR DISTRICT JUDGE