HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Movant
SIRILO CAMACHO ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIRILO CAMACHO ALVAREZ,<br><br>　　　　　Defendant. | No. 1:05-cr-00112- AWI-3<br><br>**REQUEST TO EXTEND DEADLINE AND AMEND BRIEFING SCHEDULE; ORDER**<br><br>Judge:  Honorable ANTHONY W. ISHII |

　　　　Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline to file a supplement to defendant's pro se motion be extended to **March 13**, **2015** and that the corresponding deadlines for government response and defense reply be extended to **March 20, 2015** and **March 27, 2015**, respectively.  Government counsel has graciously indicated she has no objection.

Dated: February 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　　　　　 /s/ *David M. Porter*
　　　　　　　　　　　　　　　　　　　　　　　DAVID M. PORTER
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

**ORDER**

Pursuant to the request, and good cause appearing therefor, it is hereby ordered that the supplement to defendant's pro se motion may be filed on or before **March 13, 2015**; the government's response to supplement shall be filed on or before **March 20, 2015**; and, the defendant's reply shall be filed on or before **March 27, 2015**.

IT IS SO ORDERED.

Dated:   March 2, 2015

SENIOR  DISTRICT  JUDGE